*Thursday, January 10, 2002*

## MOTION DOCKET

**00–1420.   Boggs v. Moovies, Inc.**
Mahoning App. No. 98CA155. This cause is pending before the court as a discretionary appeal. On October 5, 2000, this court stayed further proceedings in this case and ordered appellants to file a notice with this court upon the termination of the automatic stay under the Bankruptcy Code.

IT IS ORDERED by the court, *sua sponte,* that appellants file a notice advising the court of the status of the bankruptcy case, within fifteen days of the date of this entry.

## MISCELLANEOUS DISMISSALS

**01–1196.   State ex rel. Mackey v. Indus. Comm.**
Franklin App. No. 00AP–860. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**01–2025.   Brewer v. Gansheimer.**
Ashtabula App. No. 2001–A–0045. This cause is pending before the court as an appeal from the Court of Appeals for Ashtabula County. On January 4, 2002, appellant filed a merit brief without a copy of the judgment or order of the court of appeals. S.Ct.Prac.R. VI(2)(B)(5)(b) requires that a copy of the judgment or order from which the appeal is taken be included in the brief. Accordingly,

IT IS ORDERED by the court, *sua sponte,* that appellant's merit brief be, and hereby is, stricken.